# SUPREME COURT OF HAWAI'I

State v. Acker . . . . . . . . . . . . . . . . . . . SCWC–30205    02/27/2014  Denied

State v. Adviento . . . . . . . . . . . . . . . . SCWC–30171    02/26/2014  Denied